UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Shipco Transport Inc.,
        Plaintiff(s),

09 Civ. 7532 (CM) (MHD)

-against-

CALENDAR NOTICE

Lapton Freight International Limited,
        Defendant(s).
-------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled for** a :

\_\_\_ Pre-trial Conference     \_\_\_ Status Conference     \_\_\_ Oral argument
\_\_\_ Settlement conference     \_\_\_ Plea Hearing     (Bankruptcy Appeal)
_X_ Rule (16) conference     \_\_\_ Final pre-trial conference
\_\_\_ Telephone Conference     \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial     \_\_\_ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, February 19, 2010 at 10:30 A.M.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007 .

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: January 11 , 2010
      New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

SDNY
...MENT
...ICALLY FILED
1/11/10