LENNON, MURPHY, CAULFIELD & PHILLIPS, LLC
Attorneys for Defendant
LAPTON FREIGHT INTERNATIONAL, INC.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:    (212) 490-6050
Facsimile:    (212) 490-6070
Patrick F. Lennon (PL2162)
Anne C. LeVasseur (AL3333)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIPCO TRANSPORT INC.                          :
                                               :
            Plaintiff,                         :
                                               :
                                               :      09 cv 7532 (CM)
    -against-                                  :
                                               :      ECF CASE
JDB INTERNATIONAL INC. and                     :
LAPTON FREIGHT INTERNATIONAL                   :
LIMITED,                                       :
                                               :
            Defendants.                        :
------------------------------------------------------------X

## DEFENDANT'S NOTICE OF MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

Upon the annexed Declaration of Chung Wai Ling, Cara, the exhibits attached thereto, and the accompanying Memorandum of Law, and pleadings heretofore had herein, Defendant Lapton Freight International Inc. will move this Court before the Honorable Colleen McMahon, United States Courthouse, 500 Pearl Street, Courtroom 14-C, New York, New York for an order pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) dismissing Plaintiff's Amended Complaint dated June 18, 2010 in its entirety, and for such other and further relief as this Court deems just and equitable.

Dated: August 13, 2010

LAPTON FREIGHT INTERNATIONAL, INC.

By: *Anne C LeVasseur*
Patrick F. Lennon (PL2162)
Anne C. LeVasseur (AL3333)
LENNON, MURPHY, CAULFIELD
& PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
pfl@lmcplegal.com
acl@lmcplegal.com

## AFFIRMATION OF SERVICE

I hereby certify that on August 13, 2010, a copy of the foregoing Notice of Motion to Dismiss Plaintiff's Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: *Anne C. LeVasseur*
Anne C. LeVasseur