EXHIBIT 6

15. Aug. 2006 12:38    SHIPCO H. K. LTD                                No. 7322   P. 1/2

Enclosed #4

**SHIPCO TRANSPORT (H.K.) LIMITED.**
Suite 3101-2, AIA Tower.      Tel    : + 852 2574 3188
133 Electric Road,            Fax    : + 852 2573 3936
North Point                   E-mail : hko@shipco.com
Hong Kong.                    Website : www.shipco.com



**Shipco Transport**

IMP REF. NO.

| | | | | |
|---|---|---|---|---|
| 收件者 : | LAPTON FREIGHT INTERNATIONAL LTD | | 日誌 : | 08/18/06 |
| 電話 : | 755 2518 8092 | 傳真 : 755 2518 0086 | 聯絡人 : | |

| | | | | |
|---|---|---|---|---|
| 收件者 : | SAME AS CONSIGNEE | | 日期 : | 08/18/06 |
| 電話 : | | 傳真 : | 聯絡人 : | |

發件人:SHIPCO TRANSPORT (HK) LTD. 中轉部/JACKO(電話: 852-2574 7499) EMAIL:JKO@SHIPCO.COM
感謝貴公司將貨載交予 SHIPCO TRANSPORT 承運, 為利貨可在為地進口報關提貨不致延誤持間,
煩請提供 ( 如附件 )提早上之正確中文收貨人及品名名稱, 繳貴司確認後, 請簽名和蓋公司
章並儘速在一天內傳真 {傳真 : 852-3219 7321} 回覆我司,以利作業。不便之處,敬請原諒。

| | | | |
|---|---|---|---|
| 船名航次 : | MSC LUISA 630R | 預定到港日期 : | |
| 提單號碼 : | YAN1519545 | 櫃數 : 2X40'HC | (見附頁) |
| 貨櫃號碼 : | MSCU8555676 | 免費倉期 : 自        至 | |

中文收貨人公司名稱 : 潮州市龙揭区平湖方埠坑东美玩具制品厂

地址: 潮州市龙揭区平湖方埠坑村

電話 : 0755-8466 1022, 13510819162

聯絡人 : 林春花

中文貨品名 : 电动塑膠玩具

| | | | | |
|---|---|---|---|---|
| 目的地 : | YANTIAN | /(*)嘜頭 : | 件 數 : | 302 CASES |
| 毛 重 : | 1078.207 KGS | 淨重 : | 尺碼 : | 1X1602M= |

備註 :   1.   (*) 本公司不接受貨主指定嘜頭, 除非特殊情況。       清 HOLD 貨 Thıs!
         2.   請確認此貨物 是 / 否 在香港轉機, 如需要辦提供環保証書及進口合同。
         3.   倘未能收到貨荒資料, 我司會按逆華費用或罰款, 均由貴司負責。
         4.   請傳真木質處理証明書或非針葉木証明或無木質包裝証明。

| 煩請於盡快回傳至我司, 否則如有倉租產生 |
|---|
| , 我司概不負責, 不便之處, 敬請原諒! |

| 簽名及公司蓋章 : |
|---|
| 請務必以正楷書寫及蓋公司印章 |
| 否則我司不會受理, 謝謝! |

TOTAL P.01

URGENT   SI-CUT = 1/00   18 NWW

IMP REF. NO.

收件者：TAKMAY INDUSTRIAL CO. LTD     日期：10/8/2006

電話：(852)-2157906   傳真：(852)-21fc20f     經辦人：MAYSY CHAN

收件者：

電話：     傳真：     經辦人：

寄件人：CAPTON FREIGHT INT'L CO   TEL DRS-29902   FAX GTC-20980

貨名/貨柜：HSC LUISA 636E     預定到貨檢日誌：

提單號碼：YN1519565     箱數：     1769' HC     (見附頁)

貨櫃號碼：HSCU8555676     見箱合照：否     是

中文收貨人公司名稱：特美實業有限公司

地址：官塘開業街9號同利工業大廈9F

電話：(852)2757 9306

聯絡人：陳小姐

中文貨品名：塑膠玩具     件數：302 CASES

名的唛：FANTIAN   (*)案頭

净重：1078.207 KGS   淨重：     尺碼：

簽名及公司蓋章：

調務必以正楷書寫及蓋公司印章
否則我司不會受理，謝謝！