UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SHIPCO TRANSPORT, INC.           :

                Plaintiff,       :     09 cv 7532 (CM)

            -against-         :     ECF Case

JDB INTERNATIONAL INC. and LAPTON    :     STIPULATION EXTENDING
FREIGHT INTERNATIONAL LIMITED.      :     TIME TO RESPOND TO
                                  :     MOTION TO DISMISS
            Defendants.      :     AND ORDER

------------------------------------------------------------x

LAPTON FREIGHT INTERNATIONAL LIMITED,   :

      Defendant/Third Party Plaintiff,     :

            -against-         :

TAKMAY INDUSTRIAL COMPANY LIMITED    :

         Third Party Defendant.       :

------------------------------------------------------------x

DATE FILED: 8/30/10

     WHEREAS, Defendant, Lapton Freight International Limited, by and through counsel,

filed in this action on August 13, 2010, a Notice of Motion to Dismiss Plaintiff's Amended

Complaint; and

     Whereas, Plaintiff's response to the Motion is due to be filed on or before August 27,

2010,

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for Plaintiff Shipco Transport, Inc. and Defendant Lapton Freight Interntional Limited:

     Plaintiff shall file its Response to Defendant's Notice of Motion to Dismiss the Amended

Complaint on or before September 3, 2010.

Dated: August 27, 2010
Washington, DC

Dated: August 27, 2010
New York, NY

RODRIGUEZ O'DONNELL GONZALEZ
& WILLIAMS, P.C.

Todd C. Fineberg
tfineberg@rorlaw.com
1250 Connecticut Avenue, N.W.
Ste. 200
Washington, DC 20036
Tel.: (202) 993-2900
Fax (202) 293-3307
*Attorneys for Plaintiff Shipco
Transport, Inc.*

LENNON, MURPHY, CAULFIELD &
PHILLIPS, LLC

Patrick F. Lennon (PL2162)
Anne LeVasseur (AL3333)
The Gray Bar Building,
420 Lexington Ave., Ste. 300
New York, NY 10170
Tel.: (212) 490-6050
Fax (212) 490-6070
pfl@mcplegal.com
acl@mcplegal.com
*Attorneys for Defendant Lapton Freight
Interntional, Inc.*

SO ORDERED:

Hon. Colleen McMahon.
Date:

$8 - 30 - 2010$

2