UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIPCO TRANSPORT INC.

        Plaintiff,

-against-

JDB INTERNATIONAL INC. and
LAPTON FREIGHT INTERNATIONAL
LIMITED,

        Defendants.
------------------------------------------------------------X

09 cv 7532 (CM)

ECF CASE

USDS SDNY
DOCUMENT
[ELECTRONICALLY FILED]
DOC #: _____
DATE FILED: 8/30/10

## STIPULATION EXTENDING TIME TO REPLY TO DEFENDANT JDB INTERNATIONAL INC.'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS

WHEREAS, Defendant LAPTON FREIGHT INTERNATIONAL LIMITED filed its Motion to Dismiss Plaintiff's Amended Complaint on August 13, 2010; and

WHEREAS, Defendant JDB INTERNATIONAL INC. filed and served its Memorandum in Opposition to LAPTON FREIGHT INTERNATIONAL LIMITED's Motion to Dismiss Plaintiff's Amended Complaint on August 23, 2010; and

WHEREAS, LAPTON FREIGHT INTERNATIONAL LIMITED's reply papers are due to be filed and served on or before August 30, 2010; and

WHEREAS, LAPTON FREIGHT INTERNATIONAL LIMITED has not made any previous requests to the Court for an extension of this deadline;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Defendant LAPTON FREIGHT INTERNATIONAL LIMITED and counsel for Defendant JDB INTERNATIONAL INC. that Defendant LAPTON FREIGHT

INTERNATIONAL LIMITED's time to file its reply papers shall be extended until September 7, 2010.

Dated: August 30, 2010

| COWAN, LIEBOWITZ & LATMAN, P.C. | LENNON, MURPHY, CAULFIELD & PHILLIPS, LLC |
|---|---|
| *[signature]* | *[signature] Anne C. LeVasseur* |
| Don M. Obert (dmo@cll.com) | Patrick F. Lennon (pfl@lmcplegal.com) |
| Carl R. Soller (crs@cll.com) | Anne C. LeVasseur (acl@lmcplegal.com) |
| Michelle R. MacGregor (mrm@cll.com) | The GrayBar Building |
| 1133 Avenue of the Americas | 420 Lexington Avenue, Suite 300 |
| New York, New York 10036 | New York, New York 10170 |
| Phone: 212-790-9200 | Phone: (212) 490-6050 |
| Fax: 212-575-0671 | Fax:   (212) 490-6070 |
| *Attorneys for Defendant JDB International Inc.* | *Attorneys for Defendant Lapton Freight International, Inc.* |

SO ORDERED:

*[signature]*

Hon. Colleen McMahon
United States District Judge

8-3x-2010