UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIPCO TRANSPORT INC.                           :
                                                :
         Plaintiff,                             :
                                                :          09 cv 7532 (CM)
    -against-                                   :
                                                :          ECF CASE
JDB INTERNATIONAL INC. and                      :
LAPTON FREIGHT INTERNATIONAL                    :          **NOTICE OF WITHDRAWAL OF**
LIMITED,                                        :          **THIRD PARTY COMPLAINT**
                                                :
         Defendants.                            :
------------------------------------------------------------X

PLEASE TAKE NOTICE, that the Defendant, LAPTON FREIGHT INTERNATIONAL LIMITED (Hong Kong), does hereby withdraw, without prejudice, its Third Party Complaint filed on March 19, 2010, Docket Entry Number 17. The Third Party Complaint has not been served on Third Party Defendant Takmay Industrial Company Limited and no party has filed an Answer or otherwise responded to the Third Party Complaint.

Dated: October 28, 2010

                                   Respectfully submitted,
                                   LAPTON FREIGHT INTERNATIONAL, INC.
                                   (Hong Kong)


                              By:_____Anne C. LeVasseur_____
                                   Patrick F. Lennon (PL2162)
                                   Anne C. LeVasseur (AL3333)
                                   LENNON, MURPHY, CAULFIELD
                                   & PHILLIPS, LLC
                                   The GrayBar Building
                                   420 Lexington Ave., Suite 300
                                   New York, NY 10170
                                   (212) 490-6050 (phone)
                                   (212) 490-6070 (fax)
                                   pfl@lmcplegal.com
                                   acl@lmcplegal.com

## AFFIRMATION OF SERVICE

I hereby certify that on October 28, 2010, a copy of the foregoing Notice of Withdrawal of Third Party Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: *Anne C. LeVasseur* (signature)
Anne C. LeVasseur