COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIPCO TRANSPORT INC.

      Plaintiff,

  -against-

JDB INTERNATIONAL INC. and
LAPTON FREIGHT INTERNATIONAL
LIMITED,

      Defendants.
------------------------------------------------------------X

09 cv 7532 (CM)

ECF CASE


RECEIVED NOV 15 2010 CHAMBERS OF COLLEEN McMAHON

### DEFENDANT'S NOTICE OF MOTION FOR STAY OF DISCOVERY

Upon the accompanying Memorandum of Law, and pleadings heretofore had herein, Defendant, LAPTON FREIGHT INTERNATIONAL LIMITED (HONG KONG), will move this Court before the Honorable Colleen McMahon, United States Courthouse, 500 Pearl Street, Courtroom 14-C, New York, New York for an order pursuant to Federal Rules of Civil Procedure 26(c) staying discovery pending a decision on Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

November 12, 2010

MEMO ENDORSED

11/16/2010
The motion is DENIED.
[signature]

LAPTON FREIGHT INTERNATIONAL, INC.
(Hong Kong)

By: *Anne C. LeVasseur*
Patrick F. Lennon (PL2162)
Anne C. LeVasseur (AL3333)
LENNON, MURPHY, CAULFIELD
& PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
pfl@lmcplegal.com
acl@lmcplegal.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/10

## AFFIRMATION OF SERVICE

I hereby certify that on November 12, 2010, a copy of the foregoing Notice of Motion for Stay of Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: *Anne C. LeVasseur*
Anne C. LeVasseur