```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHIPCO TRANSPORT INC.

      Plaintiff,

-against-

JDB INTERNATIONAL INC. and
LAPTON FREIGHT INTERNATIONAL
LIMITED,

      Defendants.
-----------------------------------------------------------X

09 cv 7532 (CM)

ECF CASE

STIPULATION
EXTENDING TIME FOR
DISCOVERY

    IT IS HEREBY stipulated and agreed by the undersigned that Defendant's, LAPTON FREIGHT INTERNATIONAL LIMITED, deadline to respond to Defendant JDB INTERNATIONAL INC.'s First Set of Document Requests is extended from December 1, 2010 to December 10, 2010; and

    IT IS FURTHER HEREBY stipulated and agreed by the undersigned that Plaintiff's, SHIPCO TRANSPORT INC., deadline to respond to Defendant JDB INTERNATIONAL INC.'s First Set of Document Requests is extended from December 1, 2010 to December 10, 2010; and

    IT IS FURTHER HEREBY stipulated and agreed that the current time to conduct depositions in this matter is extended until January 10, 2011.

Dated: November 30, 2010

Plaintiff
Shipco Transport Inc.

By: _____
Todd C. Fineberg
Rodriguez O'Donnell
Gonzalez & Williams, P.C.
1250 Connecticut Ave., NW, Suite 200
Washington, D.C. 20036
(202) 973-2990

Defendant
Lapton Freight International Limited


By: _____
Patrick F. Lennon
Anne C. LeVasseur
Lennon, Murphy, Caulfield &
Phillips, LLC
420 Lexington Ave., Suite 300
New York, NY 10171
(212) 490-6050

Defendant
JDB International, Inc.

By: _____
Meichelle McGregor
Carl R. Soller
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9259

So Ordered:

_____
Hon. Colleen McMahon

12-1-2010