```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHIPCO TRANSPORT INC.                      :
                                           :
                         Plaintiff,        :   Case No.: 09 CIV 7532(CM)
                                           :   **ECF CASE**
      -against-                            :
                                           :   **SCHEDULING ORDER**
JDB INTERNATIONAL, INC. and                :
LAPTON FREIGHT INTERNATIONAL               :   The Hon. Colleen McMahon
LIMITED                                    :
                         Defendants.       :
-----------------------------------------------------------X

The following scheduling order is hereby issued by The Hon. Colleen MacMahon pursuant to FED. R. CIV. P. 16(b) in the captioned action:

**A. Required Contents of the Scheduling Order**

1. The time to join other parties shall be no later than October 31, 2010. The parties reserve the right to seek an extension of this deadline in the event that service on foreign parties cannot be completed within this timeframe due to service requirements imposed by international treaties, including, if applicable, the Hague Convention.

2. The parties shall complete written discovery no later than October 29, 2010.

3. Amendments to pleadings shall be no later than October 31, 2010.

4. Fact discovery by all parties shall be completed no later than December 10, 2010. Deposition of fact witnesses shall be completed by January 10, 2011.

5. Disclosures of supplemental discovery shall be made in accordance with Rule 26(e)(1).

6. Dispositive motions shall be completed no later than March 31, 2011.

**B. Permitted Contents:**

1. Initial disclosures shall be due and shall be served on the parties no later than August 31, 2010, and otherwise shall be made in accordance with Rule 26(a).

2. This Scheduling Order shall incorporate agreements between the parties to protect privileged evidence and/or trial preparation material and information obtained through discovery.

3. The parties shall disclose expert witnesses in accordance with Fed. R.Civ.P. 26(a)(2)(B) on or before Jan. 3, 2011, and shall serve rebuttal expert reports by Jan. 31, 2011. Depositions of experts shall be completed by February 28, 2011.

4. The parties shall disclose relevant electronic documents and electronically stored information as part of initial disclosure, in discovery; and afterward all relevant electronic documents and stored electronic information shall be subject to discovery on the same basis as other documents and evidence.

The foregoing scheduling order may be modified upon good cause and subject to order of Judge MacMahon.

Dated: 12/1/2010
At New York, New York

_____
The Hon. Colleeen McMahon
United States District Court Judge