# RODRIGUEZ O'DONNELL
# FUERST GONZALEZ & WILLIAMS

WASHINGTON • CHICAGO • MIAMI • NEW YORK

20 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE 312-372-7000
FACSIMILE 312-372-1719

TODD C. FINEBERG

DIRECT TELEPHONE: 202-973-2992
tfineberg@transportlaw.net

REPLY TO:

1710 RHODE ISLAND AVENUE, N.W.
TENTH FLOOR
WASHINGTON, D.C. 20036
TELEPHONE 202-293-3300
FACSIMILE 202-293-3307

1200 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE 305-350-5690
FACSIMILE 305-371-8989

61 BROADWAY
NEW YORK, NEW YORK 10006
TELEPHONE 212-344-6600
FACSIMILE 202-293-3307



January 18, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/11

MEMO ENDORSED

Via Federal Express
Hon. Colleen McMahon
United States District Judge
500 Pearl St., Room 640
Daniel Patrick Moynihan
United States Courthouse
New York, NY 10007

1/20/2011

Re: Shipco Transport Inc. v. JDB International, Inc., Docket No.: 09 Civ. 7532 (CM)

Dear Judge McMahon,

  We represent Plaintiff Shipco Transport Inc. in the above matter. Please find enclosed a courtesy copy of a Stipulation and Proposed Order to extend time provided in the Scheduling Order for taking depositions.

  The deposition dates were originally noticed for January 10 in compliance with the Scheduling Order but the dates needed to be changed to accommodate the schedules of the parties and deponents. Additional depositions were noticed for January 31, 2011. We have requested an extension of deposition time for 30 days through February 9, 2011 to permit taking depositions on dates satisfactory to the parties and deponents.

  All parties to this action are agreed that any depositions taken by these parties, will be limited voluntarily to depositions that have already been noticed.

  An extension of time for these depositions will not interfere with dates scheduled for disclosing or deposing experts or serving rebuttal expert reports as provided in the Scheduling Order as none have been disclosed. No other dates will be affected.

The Hon. Colleen McMahon
U.S District Court, New York
Shipco Transport v. JDB International, Inc.
January 18, 2011
Page 2 of 2

Thank you for your attention to this matter.

Regards.

Todd C Fineberg, Esq. (TF 0980)
**RODRIGUEZ O'DONNELL
GONZALEZ & WILLIAMS, P.C.**
Attorneys for Plaintiff
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Tel. No. 202-973-2990
Fax No. 202-293-3307

Cc: Meichelle MacGregor, Don M. Obert, Carl R. Soler, Anne C. Levasseur, Patrick F.Lennon