**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/11

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

19 April 2011

Ms. Karen Ambrosia
President
JDB International Inc.
780-A Apex Road
Sarasota, FL  34240
BY FAX – 941-342-4546

Mr. Howard Orr
District Manager
JDB International Inc.
20422 Beach Blvd.
Suite 420
Huntington Beach, CA  92648
BY FAX – 941-342-4546

Re: *Shipco Transport, Inc. v. JDB International Inc.*, 09 Civ. 7532 (CM)

Dear Ms. Ambrosia and Mr. Orr:

I am the judge supervising the above-captioned case. I have received a motion from your company's attorneys, Cowan Liebowitz & Latman, seeking to be relieved as counsel in this case.

Because a corporation must appear through an attorney, and will be in default if not represented by counsel, I am always reluctant to relieve attorneys who are representing corporations, even when they tell me that their clients will not return calls or pay outstanding legal bills. Before I decide this motion, I would like to hear from you, as representatives of JDB International. I am, therefore, scheduling a conference call with you, me and your attorneys for next Tuesday, April 26, at 3 PM New York time (noon California time). You should contact my deputy clerk, Mariela de Jesus, at 212-805-6325, to get information for how to link into the call.

If you fail to participate in this call, I will enter an order granting the motion. You will then have 60 days to hire a new attorney. If you fail to do so, JDB will be in default and will risk having a default judgment entered against it.

Very truly yours,

Colleen McMahon
United States District Judge

Cc:  Meichelle R. MacGregor, Esq.
     Cowan Liebowitz & Latman