UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SHIPCO TRANSPORT, INC.,

                         Plaintiff,

-against-

JDB INTERNATIONAL INC. and LAPTON
FREIGHT INTERNATIONAL LIMITED,

                        Defendants.

------------------------------------------------------------x

09 Civ. 7532 (CM)

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

McMahon, J.

    It is hereby ordered that Cowan, Liebowitz & Latman, P.C. may withdraw as counsel of record for defendant JDB International Inc.

    The case is stayed for 60 days from today to allow Defendant JDB International Inc. an opportunity to obtain new counsel.

    The docket clerk is instructed to remove docket number 57 from the Court's list of pending motions.

IT IS SO ORDERED.

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11
```