# JDB International Inc.

**Corporate Office**
780-A Apex Rd
Sarasota FL 34240
USA

email: jdbintl@cs.com
Tel 941-342-4545
Fax 941-342-4546
Toll Free 877-875-4545

www.jdbintl.com

## FAX TRANSMISSION

**TO:** Judge Colleen McMahon [per deputy clerk, Mariela de Jesus (212-805-6325), to send a fax to Fax # 212-805-6326]

**FROM:** Richard Glanz, VP (cell: 941-320-8499, email: rglanzjdb@aol.com)

**DATE:** 6/28/11

**PAGES:** 1

**REFERENCE:** Shipco Transport, Inc vs JDB Intl Inc. / Lapton Frt, 09 Civ. 7532 (CM)

**SUBJECT:** Follow-up fax to my yesterday fax requesting a Mediation process

JDB International, Inc does have a Corporate Attorney and also is the corporation Register Agent. The Attorney information is as follows:

Andre R. Perron, Board certified in Business Litigation
c/o
Ozark, Perron & Nelson
2816 Manatee Avenue West
Bradenton, FL 34205

Thank you for your attention in this matter,

*Richard Glanz*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/11

**MEMO ENDORSED**

Until Mr. Perron files a notice of appearance there is no attorney. I do not accept faxes from litigants.

*Colleen McMahon 6/28/11*