UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHIPCO TRANSPORT INC.

                       Plaintiff,

-against-

JDB INTERNATIONAL, INC.

and

LAPTON FREIGHT INTERNATIONAL, Inc.

                       Defendants.
-------------------------------------------------------X

Case No.: 09 CIV 7532(CM)
ECF CASE

**CLERK'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/11

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 28, 2009, with the filing of a summons and complaint. A copy of the Summons and the Complaint was served on Defendant JDB International, Inc. (JDB) by delivering to Mr. Andre R. Perron, Registered Agent for Service of Process for JDB International by a Notice of a Lawsuit and Request to Waive Service of a Summons together with a copy of the Complaint on September 11, 2009. Mr. Perron signed a Waiver of the Service of Summons on October 9, 2009, and returned the Waiver to plaintiff's attorneys on that date. A copy of the signed Waiver was filed by plaintiff's counsel electronically with the Court on December 17, 2009.

      The First Amended Complaint filed in this action was served on or about June 15, 2010 on Defendant JDB International, Inc. by sending by overnight Federal Express delivery to JDB's attorneys at that time, Cowan Liebowitz & Latman, as stated in the Certificate of Service attached to the Amended Complaint on file herein.

I further certify that the docket entries in this action indicate that Defendant JDB International, Inc. did not appoint an attorney who appeared on this company's behalf within 60 days of the Court's order to do so entered on April 26, 2011, or afterward. Therefore, Defendant JDB International, Inc. has failed to defend in this action, has violated of the Court's order and, and is, therefore, in default, pursuant to Fed.R.Civ.P. 55(a).

Dated: New York, New York

RUBY J. KRAJICK
Clerk of the Court

By: _____
Deputy Clerk

2

## Certificate of Service

I, Todd C. Fineberg, hereby certify that I served copies of the foregoing Plaintiff's Proposed Certificate of Default, directed to Ruby J. Krajick, Clerk of Court, on each of the defendants in this action by placing copies of this document in the United States mail, first class, postage prepaid on the 2d day of September 2011 addressed as follows:

Karen L. Ambrosia
President
JDB International, Inc.
780 Apex Road, Unit A A
Sarasota, FL 34240-8740


Anne Casey Levasseur, Esq.
Patrick F. Lennon Esq.
Lennon Murphy Caulfield & Phillips, LLC
The GrayBar Building
420 Lexington Ave, Suite 300
New York, NY 10170

[Attorneys for Lapton Freight International Limited]

_____
Todd C. Fineberg