UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHIPCO TRANSPORT INC.

                    Plaintiff,

-against-

JDB INTERNATIONAL, INC.
and

LAPTON FREIGHT INTERNATIONAL, Inc.

                    Defendants.
------------------------------------------------------X

Case No.: 09 CIV 7532(CM)
ECF CASE

**AFFIDAVIT OF CARLOS RODRIGUEZ RE ATTORNEY FEES AND EXPENSES INCURRED BY PLAINTIFF SHIPCO TRANSPORT INC.**

I, Carlos Rodriguez, being first duly sworn, say and depose under oath as follows:

I am an attorney and senior partner in the law firm Rodriguez O'Donnell Gonzalez & Williams, P.C., a Washington D.C. maritime law firm. Shipco Transport, Inc. (Shipco), plaintiff in this action, is our client, and we have represented Shipco throughout the case, known as *Shipco Transport Inc. v. JDB International, Inc.*

I am responsible for approving billings sent to Shipco and for the custody of records in the attached accounts referred to herein as Exhibit 1 and 2. All amounts described in the Excel sheets and accounts attached as attorney fees and expenses have been billed to Shipco, and payments were made by the client as indicated on the attached sheets between August 3, 2007 and July 2, 2009 (Matter no. 704) and August 2, 2009 and July 6, 2011 (Matter No. 906). Our law firm changed the matter number from 704 to 906 from on or about the beginning of litigation in August 2009. Both matters relate to the

same case for our client involving shipments from Long Beach, California to Yantian, China. Additional fees and expenses may be incurred after the latter date.

The total amount charged to Shipco as attorney fees for Matter Nos. 704 and 906, both pertaining to the shipments at issue in this case, was: $135,062.50, and expenses were $4,904.50 during that period.

I hereby verify that the records of Shipco's accounts with our firm, attached hereto as Exhibits 1 and 2 are true and accurate copies of the original documents in our firm's billing records. The attorney's fees and expenses charged by our firm to Shipco in this account are all directly related to collection of freight charges, including demurrage, from defendants, JDB International, Inc.

Affiant swears under oath that the foregoing statement is true to the best of his knowledge, information and belief.

Dated: September 20th, 2011
Washington, D.C.

_____
Carlos Rodriguez, Esq
Rodriguez O'Donnell Gonzalez & Williams, P.C.
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Phone No. 202-973-2990;
Fax No. 202-293-3307


Sworn to before me this 20th

Day of Sept. 2011

_____
Notary Public

ROSSANA STREETER
NOTARY PUBLIC STATE OF MARYLAND
County of Montgomery
My Commission Expires March 13, 2013

-2-

# EXHIBIT 1

Inquiry: Fees - Recap  
Client: SPTW - Shipco Transport, Inc.  
Matter: 704 - Unclaimed Containers - China

Timekeeper: All Timekeepers  
User: RLS

|  | Month to Date | | Year to Date | | Inception to Date | |
|---|---|---|---|---|---|---|
|  | Amount | r:% | Amount | rl% | Amount | r:% |
| Hours worked | 0.00 |  | 0.00 |  | 148.98 |  |
| Amount worked | 0.00 |  | 0.00 |  | 32,094.50 |  |
| Mark-up/down | 0.00 |  | 0.00 |  | -4,786.00 |  |
| Billed | 0.00 |  | 0.00 |  | 27,308.50 | 85.09 |
| A/R write-off | 0.00 |  | 0.00 |  | 0.00 |  |
| Received | 0.00 |  | 0.00 |  | 27,308.50 | 100.00 |
| Unbilled total | 0.00 |  | A/R total |  | 0.00 |  |

Inquiry: Expenses - Recap
Client: SPTW - Shipco Transport, Inc.
Matter: 704 - Unclaimed Containers - China

Expense Code: All Expenses

User: RLS

|  | Month to Date | | Year to Date | | Inception to Date | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Amount | rl% | Amount | rl% | Amount | rl% |
| Incurred | 0.00 |  | 0.00 |  | 848.41 |  |
| Mark-up/down | 0.00 |  | 0.00 |  | 0.00 |  |
| Billed | 0.00 |  | 0.00 |  | 848.41 | 100.00 |
| A/R write-off | 0.00 |  | 0.00 |  | 0.00 |  |
| Received | 0.00 |  | 0.00 |  | 848.41 | 100.00 |
| Unbilled total | 0.00 |  | A/R total |  | 0.00 |  |

Inquiry: General - Ledger History
Client: SPTW - Shipco Transport, Inc.
Matter: 704 - Unclaimed Containers - China

User: PCD

|    | Type | Bill  | Date       | Cash / PPD | Fees     | Expenses | Surchg/Tax/Int | A/R Balance |
|----|------|-------|------------|-----------:|---------:|---------:|---------------:|------------:|
| 1  | Bill | 32344 | 04/03/200  | 0.00       | 6,125.00 | 48.45    | 0.00           | 6,173.45    |
| 2  | Bill | 32584 | 05/03/200  | 0.00       | 3,600.00 | 26.56    | 0.00           | 9,800.01    |
| 3  | Cash | 32344 | 05/09/200  | 6,173.45   | 6,125.00 | 48.45    | 0.00           | 3,626.56    |
| 4  | Cash | 32584 | 06/04/200  | 3,626.56   | 3,600.00 | 26.56    | 0.00           | 0.00        |
| 5  | Bill | 33151 | 06/05/200  | 0.00       | 474.00   | 0.00     | 0.00           | 474.00      |
| 6  | Cash | 33151 | 07/02/200  | 474.00     | 474.00   | 0.00     | 0.00           | 0.00        |
| 7  | Bill | 34175 | 09/26/200  | 0.00       | 1,024.00 | 0.00     | 0.00           | 1,024.00    |
| 8  | Bill | 34176 | 09/27/200  | 0.00       | 0.00     | 0.00     | 0.00           | 1,024.00    |
| 9  | Cash | 34175 | 10/09/200  | 1,024.00   | 1,024.00 | 0.00     | 0.00           | 0.00        |
| 10 | Cash | 34176 | 10/09/200  | 0.00       | 0.00     | 0.00     | 0.00           | 0.00        |
| 11 | Bill | 34618 | 10/31/200  | 0.00       | 0.00     | 0.00     | 0.00           | 0.00        |
| 12 | Bill | 35211 | 11/15/200  | 0.00       | 0.00     | 0.00     | 0.00           | 0.00        |
| 13 | Cash | 34618 | 12/06/200  | 0.00       | 0.00     | 0.00     | 0.00           | 0.00        |
| 14 | Cash | 35211 | 01/02/2008 | 0.00       | 0.00     | 0.00     | 0.00           | 0.00        |
| 15 | Bill | 35771 | 01/22/2008 | 0.00       | 527.50   | 0.00     | 0.00           | 527.50      |
| 16 | Cash | 35771 | 02/05/2008 | 527.50     | 527.50   | 0.00     | 0.00           | 0.00        |
| 17 | Bill | 36041 | 02/06/200  | 0.00       | 908.00   | 0.00     | 0.00           | 908.00      |
| 18 | Bill | 36361 | 03/05/200  | 0.00       | 732.00   | 201.22   | 0.00           | 1,841.22    |
| 19 | Cash | 36041 | 03/06/200  | 908.00     | 908.00   | 0.00     | 0.00           | 933.22      |
| 20 | Cash | 36361 | 03/24/200  | 933.22     | 732.00   | 201.22   | 0.00           | 0.00        |
| 21 | Bill | 36748 | 04/08/2008 | 0.00       | 1,272.00 | 0.00     | 0.00           | 1,272.00    |
| 22 | Cash | 36748 | 05/13/2008 | 1,272.00   | 1,272.00 | 0.00     | 0.00           | 0.00        |
| 23 | Bill | 37029 | 05/19/2008 | 0.00       | 230.00   | 0.00     | 0.00           | 230.00      |
| 24 | Cash | 37029 | 06/09/2008 | 230.00     | 230.00   | 0.00     | 0.00           | 0.00        |
| 25 | Bill | 37359 | 06/11/2008 | 0.00       | 0.00     | 69.98    | 0.00           | 69.98       |
| 26 | Cash | 37359 | 07/07/2008 | 69.98      | 0.00     | 69.98    | 0.00           | 0.00        |
| 27 | Bill | 37607 | 07/07/200  | 0.00       | 1,606.00 | 0.00     | 0.00           | 1,606.00    |
| 28 | Cash | 37607 | 08/11/200  | 1,606.00   | 1,606.00 | 0.00     | 0.00           | 0.00        |
| 29 | Bill | 37849 | 08/11/200  | 0.00       | 658.50   | 142.87   | 0.00           | 801.37      |
| 30 | Cash | 37849 | 10/07/200  | 801.37     | 658.50   | 142.87   | 0.00           | 0.00        |
| 31 | Bill | 38574 | 10/17/2008 | 0.00       | 364.00   | 0.00     | 0.00           | 364.00      |
| 32 | Bill | 38630 | 11/07/2008 | 0.00       | 1,900.00 | 17.91    | 0.00           | 2,281.91    |
| 33 | Bill | 38770 | 11/11/2008 | 0.00       | 2,262.00 | 108.68   | 0.00           | 4,652.59    |
| 34 | Cash | 38574 | 11/20/2008 | 364.00     | 364.00   | 0.00     | 0.00           | 4,288.59    |
| 35 | Cash | 38630 | 11/20/2008 | 1,917.91   | 1,900.00 | 17.91    | 0.00           | 2,370.68    |
| 36 | Bill | 38990 | 12/03/200  | 0.00       | 1,433.50 | 0.00     | 0.00           | 3,804.18    |
| 37 | Cash | 38770 | 01/05/200  | 2,370.68   | 2,262.00 | 108.68   | 0.00           | 1,433.50    |
| 38 | Bill | 39048 | 01/14/200  | 0.00       | 906.00   | 0.00     | 0.00           | 2,339.50    |
| 39 | Cash | 38990 | 02/06/200  | 1,433.50   | 1,433.50 | 0.00     | 0.00           | 906.00      |
| 40 | Bill | 39435 | 02/23/200  | 0.00       | 284.00   | 77.07    | 0.00           | 1,267.07    |
| 41 | Cash | 39048 | 03/03/200  | 906.00     | 906.00   | 0.00     | 0.00           | 361.07      |
| 42 | Bill | 39593 | 03/05/2009 | 0.00       | 1,404.00 | 0.00     | 0.00           | 1,765.07    |
| 43 | Cash | 39435 | 03/16/2009 | 361.07     | 284.00   | 77.07    | 0.00           | 1,404.00    |
| 44 | Bill | 39808 | 04/01/2009 | 0.00       | 0.00     | 155.67   | 0.00           | 1,559.67    |
| 45 | Cash | 39593 | 04/13/2009 | 1,404.00   | 1,404.00 | 0.00     | 0.00           | 155.67      |
| 46 | Cash | 39808 | 05/01/2009 | 155.67     | 0.00     | 155.67   | 0.00           | 0.00        |
| 47 | Bill | 40096 | 05/05/2009 | 0.00       | 1,598.00 | 0.00     | 0.00           | 1,598.00    |
| 48 | Bill | 40273 | 06/03/2009 | 0.00       | 0.00     | 0.00     | 0.00           | 1,598.00    |
| 49 | Cash | 40096 | 06/19/200  | 1,598.00   | 1,598.00 | 0.00     | 0.00           | 0.00        |
| 50 | Cash | 40273 | 07/02/200  | 0.00       | 0.00     | 0.00     | 0.00           | 0.00        |

# Exhibit 2

Inquiry Expenses - Recap  
Client: SPTW - Shipco Transport, Inc.  
Matter: 906 - JDB Litigation

Expense Code: All Expenses  
User: RLS

|  | Month to Date | | Year to Date | | Inception to Date | |
|---|---|---|---|---|---|---|
|  | Amount | rl% | Amount | rl% | Amount | rl% |
| Incurred | 0.00 |  | 2,375.64 |  | 4,312.62 |  |
| Mark-up/down | 0.00 |  | 0.00 |  | 0.00 |  |
| Billed | 0.00 |  | 2,173.97 | 100.00 | 4,056.09 | 100.00 |
| A/R write-off | 0.00 |  | 0.00 |  | 0.00 |  |
| Received | 0.00 |  | 2,173.97 | 100.00 | 4,056.09 | 100.00 |

| Unbilled total | 256.53 | A/R total | 0.00 |
|---|---|---|---|

Inquiry: Fees - Recap  
Client: SPTW - Shipco Transport, Inc.  
Matter: 906 - JDB Litigation

Timekeeper: All Timekeepers  
User: RLS

|  | Month to Date | | Year to Date | | Inception to Date | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Amount | rl% | Amount | rl% | Amount | rl% |
| Hours worked | 0.00 |  | 205.70 |  | 698.56 |  |
| Amount worked | 0.00 |  | 41,156.50 |  | 139,961.00 |  |
| Mark-up/down | 0.00 |  | -3,900.00 |  | -27,247.00 |  |
| Billed | 0.00 |  | 44,016.50 | 91.86 | 107,754.00 | 79.82 |
| A/R write-off | 0.00 |  | 0.00 |  | 0.00 |  |
| Received | 0.00 |  | 45,576.50 | 100.00 | 105,534.00 | 100.00 |
| Unbilled total | 4,960.00 |  | A/R total |  | 2,220.00 |  |

Inquiry: General - Ledger History  
Client: SPTW - Shipco Transport, Inc.  
Matter: 906 - JDB Litigation

User: RLS

| # | Type | Bill | Date | Cash / PPD | Fees | Expenses | Surchg/Tax/Int | A/R Balance |
|---|------|------|------|-----------:|-----:|---------:|---------------:|------------:|
| 1 | Bill | 40604 | 08/07/2009 | 0.00 | 2,935.50 | 589.22 | 0.00 | 3,524.72 |
| 2 | Cash | 40604 | 08/31/2009 | 3,524.72 | 2,935.50 | 589.22 | 0.00 | 0.00 |
| 3 | Bill | 40949 | 09/03/2009 | 0.00 | 3,500.00 | 350.00 | 0.00 | 3,850.00 |
| 4 | Cash | 40949 | 10/05/2009 | 3,850.00 | 3,500.00 | 350.00 | 0.00 | 0.00 |
| 5 | Bill | 41246 | 10/05/2009 | 0.00 | 963.50 | 149.79 | 0.00 | 1,113.29 |
| 6 | Cash | 41246 | 11/09/2009 | 1,113.29 | 963.50 | 149.79 | 0.00 | 0.00 |
| 7 | Bill | 41436 | 11/10/2009 | 0.00 | 170.00 | 33.47 | 0.00 | 203.47 |
| 8 | Bill | 41643 | 12/02/2009 | 0.00 | 1,760.00 | 81.02 | 0.00 | 2,044.49 |
| 9 | Cash | 41436 | 01/04/2010 | 203.47 | 170.00 | 33.47 | 0.00 | 1,841.02 |
| 10 | Cash | 41643 | 01/04/2010 | 1,841.02 | 1,760.00 | 81.02 | 0.00 | 0.00 |
| 11 | Bill | 41830 | 01/08/2010 | 0.00 | 5,388.00 | 0.00 | 0.00 | 5,388.00 |
| 12 | Cash | 41830 | 02/01/2010 | 5,388.00 | 5,388.00 | 0.00 | 0.00 | 0.00 |
| 13 | Bill | 42115 | 02/01/2010 | 0.00 | 1,499.00 | 30.98 | 0.00 | 1,529.98 |
| 14 | Bill | 42352 | 03/02/2010 | 0.00 | 3,345.50 | 31.71 | 0.00 | 4,907.19 |
| 15 | Cash | 42115 | 03/05/2010 | 1,529.98 | 1,499.00 | 30.98 | 0.00 | 3,377.21 |
| 16 | Cash | 42352 | 03/29/2010 | 3,377.21 | 3,345.50 | 31.71 | 0.00 | 0.00 |
| 17 | Bill | 42524 | 04/07/2010 | 0.00 | 5,850.00 | 0.00 | 0.00 | 5,850.00 |
| 18 | Cash | 42524 | 05/03/2010 | 5,850.00 | 5,850.00 | 0.00 | 0.00 | 0.00 |
| 19 | Bill | 42671 | 05/12/2010 | 0.00 | 4,500.00 | 90.31 | 0.00 | 4,590.31 |
| 20 | Bill | 42827 | 06/07/2010 | 0.00 | 2,500.00 | 0.00 | 0.00 | 7,090.31 |
| 21 | Cash | 42671 | 06/10/2010 | 4,590.31 | 4,500.00 | 90.31 | 0.00 | 2,500.00 |
| 22 | Bill | 43040 | 07/01/2010 | 0.00 | 4,122.50 | 0.00 | 0.00 | 6,622.50 |
| 23 | Cash | 42827 | 07/02/2010 | 2,500.00 | 2,500.00 | 0.00 | 0.00 | 4,122.50 |
| 24 | Cash | 43040 | 07/20/2010 | 4,122.50 | 4,122.50 | 0.00 | 0.00 | 0.00 |
| 25 | Bill | 43251 | 08/04/2010 | 0.00 | 3,377.50 | 80.76 | 0.00 | 3,458.26 |
| 26 | Bill | 43300 | 09/02/2010 | 0.00 | 9,927.50 | 0.00 | 0.00 | 13,385.76 |
| 27 | Cash | 43251 | 09/20/2010 | 3,458.26 | 3,377.50 | 80.76 | 0.00 | 9,927.50 |
| 28 | Cash | 43300 | 09/20/2010 | 9,927.50 | 9,927.50 | 0.00 | 0.00 | 0.00 |
| 29 | Bill | 43599 | 10/06/2010 | 0.00 | 6,718.50 | 0.00 | 0.00 | 6,718.50 |
| 30 | Bill | 43826 | 11/04/2010 | 0.00 | 3,400.00 | 444.86 | 0.00 | 10,563.36 |
| 31 | Cash | 43599 | 11/09/2010 | 6,718.50 | 6,718.50 | 0.00 | 0.00 | 3,844.86 |
| 32 | Bill | 43886 | 12/06/2010 | 0.00 | 3,780.00 | 0.00 | 0.00 | 7,624.86 |
| 33 | Cash | 43826 | 12/07/2010 | 3,844.86 | 3,400.00 | 444.86 | 0.00 | 3,780.00 |
| 34 | Cash | 43886 | 01/03/2011 | 3,780.00 | 3,780.00 | 0.00 | 0.00 | 0.00 |
| 35 | Bill | 44114 | 01/07/2011 | 0.00 | 11,720.00 | 8.34 | 0.00 | 11,728.34 |
| 36 | Unpost | 44114 | 01/07/2011 | 0.00 | -11,720.00 | -8.34 | 0.00 | 0.00 |
| 37 | Bill | 44122 | 01/18/2011 | 0.00 | 9,220.00 | 8.34 | 0.00 | 9,228.34 |
| 38 | Cash | 44122 | 02/01/2011 | 9,228.34 | 9,220.00 | 8.34 | 0.00 | 0.00 |
| 39 | Bill | 44267 | 02/03/2011 | 0.00 | 12,040.00 | 46.52 | 0.00 | 12,086.52 |
| 40 | Cash | 44267 | 02/24/2011 | 12,086.52 | 12,040.00 | 46.52 | 0.00 | 0.00 |
| 41 | Bill | 44582 | 03/03/2011 | 0.00 | 7,114.00 | 580.85 | 0.00 | 7,694.85 |
| 42 | Bill | 44760 | 04/01/2011 | 0.00 | 5,000.00 | 646.05 | 0.00 | 13,340.90 |
| 43 | Cash | 44582 | 04/11/2011 | 7,694.85 | 7,114.00 | 580.85 | 0.00 | 5,646.05 |
| 44 | Cash | 44760 | 04/25/2011 | 5,646.05 | 5,000.00 | 646.05 | 0.00 | 0.00 |
| 45 | Bill | 44976 | 05/02/2011 | 0.00 | 5,832.50 | 892.21 | 0.00 | 6,724.71 |
| 46 | Cash | 44976 | 05/26/2011 | 6,724.71 | 5,832.50 | 892.21 | 0.00 | 0.00 |
| 47 | Bill | 45201 | 06/04/2011 | 0.00 | 2,590.00 | 0.00 | 0.00 | 2,590.00 |
| 48 | Bill | 45336 | 07/01/2011 | 0.00 | 2,220.00 | 0.00 | 0.00 | 4,810.00 |
| 49 | Cash | 45201 | 07/06/2011 | 2,590.00 | 2,590.00 | 0.00 | 0.00 | 2,220.00 |