UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHIPCO TRANSPORT INC.                      :
                                           :
                    Plaintiff,             :
                                           :          09 cv 7532 (CM)
           -against-                       :
                                           :          ECF CASE
JDB INTERNATIONAL INC. and                 :
LAPTON FREIGHT INTERNATIONAL               :          **NOTICE OF**
LIMITED,                                   :          **MOTION TO DISMISS**
                                           :
                    Defendants.            :
-------------------------------------------------------------X

    Upon the accompanying Memorandum of Law, and pleadings heretofore had herein,

Defendant LAPTON FREIGHT INTERNATIONAL LIMITED (HONG KONG) moves this

Court before the Honorable Colleen McMahon, United States Courthouse, 500 Pearl Street,

Courtroom 14-C, New York, New York for an order pursuant to Federal Rules of Civil

Procedure 41(b) dismissing in its entirety defendant JDB INTERNATIONAL's Inc. Cross-Claim

dated June 29, 2010 and for such other and further and different relief as this Court deems just

and equitable.

Dated:  December 23, 2011

Respectfully submitted,
LAPTON FREIGHT INTERNATIONAL, INC.
(Hong Kong)


By: *Anne C. LeVasseur*
Patrick F. Lennon (PL2162)
Anne C. LeVasseur (AL3333)
LENNON, MURPHY, CAULFIELD
& PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
pfl@lmcplegal.com
acl@lmcplegal.com

## AFFIRMATION OF SERVICE

I hereby certify that on December 23, 2011, a copy of the Notice of Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.


By: *Anne C. LeVasseur*
Anne C. LeVasseur