UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHIPCO TRANSPORT INC.                          :
                                               :
                  Plaintiff,                   :
                                               :        09 cv 7532 (CM)
             -against-                          :
                                               :        ECF CASE
JDB INTERNATIONAL INC. and                     :
LAPTON FREIGHT INTERNATIONAL                   :        **AFFIRMATION OF SERVICE**
LIMITED,                                       :        **OF NOTICE OF MOTION TO**
                                               :        **DISMISS**
                  Defendants.                  :
-------------------------------------------------------------X

        I, Anne C. LeVasseur, Esquire, declare under penalty of perjury that I have served a copy

of Defendant's,  LAPTON FREIGHT INTERNATIONAL LIMITED (HONG KONG), Notice

of Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss Cross Claim and

Exhibit A, in the following manner on dates indicated herein:

        A copy of the Notice of Motion to Dismiss, Memorandum of Law in Support of Motion

to Dismiss Cross Claim and Exhibit A, was sent via UPS overnight courier on December 30,

2011, and delivered to the Registered Agent for Service of Process of defendant JDB

International, Inc. addressed as follows:

                        Andre R. Perron
                        2816 W. Manatee Avenue W.
                        Bradenton, FL 34205


Dated:  December 30, 2011

LAPTON FREIGHT INTERNATIONAL, INC.
(Hong Kong)

By: _Anne C. LeVasseur_

Patrick F. Lennon (PL2162)
Anne C. LeVasseur (AL3333)
LENNON, MURPHY, CAULFIELD
& PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
pfl@lmcplegal.com
acl@lmcplegal.com

## AFFIRMATION OF SERVICE

I hereby certify that on December 30, 2011, a copy of the Affirmation of Service was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _Anne C. LeVasseur_

Anne C. LeVasseur